27BF, SC, WILLOUGHBY

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:93-cr-00310-MHT-DRB-7
### Internal Use Only

Case title: USA v. Williams et al                Date Filed: 12/08/1993

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Delores R. Boyd

**Defendant**

**Francis Williams (7)**
*TERMINATED: 04/05/2004*

represented by **Dennis R. Pierson**
200 South Hull Street
Suite 205
Montgomery, AL 36104
(334) 264-7158
*TERMINATED: 04/05/2004*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY: DISTB
COCAINE/COCAINE BASE;
FORFEITURE
(1)

**Disposition**

235 Mos Imp; 5 Yrs Sup Rel; $50 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA     represented by **Terry F. Moorer**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: terry.moorer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/1993 | 1 | MOTION/ORDER UNSEALING INDICTMENT (re Cr Misc No. 321) (CM/ECF ENTRY)(snc) (Entered: 10/20/2004) |
| 12/08/1993 | 2 | INDICTMENT as to Rosa Mae Smiley Williams (1) count(s) 1, Willie Joe Williams (2) count(s) 1, Chico Fernandez Moore (3) count(s) 1, Arlutha W. Smiley (4) count(s) 1, Claudell Smiley (5) count(s) 1, Bridgett Chapple (6) count(s) 1, Francis Williams (7) count(s) 1, Richard Toles (8) count(s) 1, Clarence Smiley (9) count(s) 1, Delacy Caldwell (10) count(s) 1, Clennon Matthews (11) count(s) 1, Ray Henry (12) count(s) 1, J. W. Moore (13) count(s) 1, James Moore (14) count(s) 1, Jody Moore (15) count(s) 1, Marvin Bryant Jr. (16) count(s) 1, Bobby Sanders (17) count(s) 1, Altoria Lewis (18) count(s) 1, William D. Thrash (19) count(s) 1, Fnu Lnu (20) count(s) 1, Michael A. Sanders (21) count(s) 1, Ernest Williams (22) count(s) 1, J. D. Bradberry (23) count(s) 1, Henry L. Murphy (24) count(s) 1, Juanita Hart (25) count(s) 1, Sylvia Matthews (26) count(s) 1, 2, Willie R. Sconiers (27) count(s) 1, 2. (CM/ECF CONVERSION) (snc) (Entered: 10/20/2004) |
| 12/14/1993 |  | Arrest of Francis Williams (snc, ) (Entered: 10/21/2004) |
| 12/22/1993 |  | ARRAIGNMENT held before Judge John L. Carroll as to Francis Williams (7); Not guilty plea entered as to Count 1. (snc) (Entered: 10/21/2004) |
| 06/08/1994 |  | ***Procedural Interval start (P5) as to Francis Williams (Jury Trial: Guilty Verdict) (snc) (Entered: 10/21/2004) |
| 06/08/1994 |  | JURY VERDICT as to Francis Williams (7) Guilty on Count 1. (cm/ecf conversion) (snc, ) (Entered: 11/20/2004) |
| 10/20/1994 |  | SENTENCING HEARING as to defendant Francis Williams held before Judge Ira De Ment on 10/20/1994. (snc) (Entered: 10/21/2004) |
| 10/27/1994 | 914 | JUDGMENT as to Francis Williams (7), Count(s) 1: 235 Mos Imp; 5 Yrs Sup Rel; $50 SA (cm/ecf conversion). Signed by Judge Ira De Ment on 10/27/94. (snc, ) (Entered: 11/20/2004) |

| | | |
|---|---|---|
| 04/05/2004 | ⊙1552 | DOCKET SHEET of entries prior to cm/ecf conversion as to Francis Williams (snc) (Entered: 12/22/2004) |
| 11/22/2004 | ⊙1576 | Pro Se MOTION to Adopt Co-Dft Thrash's Motion by Francis Williams. (Copy furnished Staff Atty on 11/22/04; cm/ecf conversion entry) (snc) (Entered: 12/22/2004) |
| 12/17/2004 | ⊙1577 | Pro Se OBJECTIONS to the Pre-Sentence Report and MOTION to Adjust Pre-Sentence Guidelines by Francis Williams. (Copy furnished Staff Attorney on 12/21/04; cm/ecf conversion entry) (snc) (Entered: 12/22/2004) |
| 12/22/2004 | ⊙1578 | Pro Se MOTION to Receive Requested Transcripts at No Cost by Francis Williams. (snc) (Entered: 12/22/2004) |
| 01/10/2005 | ⊙1579 | Pro Se MOTION to Obtain Relief from Judgment Pursuant to FRCvP Rule 60(b) by Francis Williams. (snc) (Entered: 01/10/2005) |
| 05/02/2005 | ⊙1584 | ORDER (terminating 1579 Motion to Obtain Relief from Judgment Pursuant to FRCvP Rule 60(b) as to Francis Williams (7) in this case) directing the clerk to open a civil action under 28:2255, directing that document 1579 be filed in the newly opened civil action, directing that the newly opened case be assigned to the Magistrate Judge and District Judge to whom the instant case is assigned, and directing that the case file be referred to the appropriate Magistrate Judge. Signed by Judge Delores R. Boyd on 5/2/05. . Signed by Judge Delores R. Boyd on 5/2/05. (snc, ). Signed by Judge Delores R. Boyd on 5/2/05. (snc, ) (Entered: 05/02/2005) |