IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Civil Action No. 2:05cv407-T WO |
| ) | |
| FRANCIS WILLIAMS ) | |

## MOTION FOR STAY OF PROCEEDINGS

COMES NOW FRANCIS WILLIAMS, a pro se litigant in the above-styled and numbered cause, and moves this Honorable Court for a stay of proceedings to preserve the issues set out in WILLIAMS motion to obtain relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, until such a time as the Supreme Court of the United States of America has rendered its opinion in Gonzalez v. Crosby, U.S. No. 04-6432, argued April 25, 2005.

### PLEA FOR LIBERAL CONSIDERATION

Pro se litigants pleadings are to be construed liberally and held to less stringent standards than formal pleadings drafted by counsel; if the Court can reasonably read pleadings to state a valid claim upon which litigant could prevail, it should do so despite failure to cite proper legal authority, confusing legal theories, poor syntax and sentence construction, or litigant's unfamiliarity with pleading requirements. See, Haines v. Kerner, 404 U.S. 519, 30 L.Ed 2d 652, 92 S.Ct. 594 (1972). See also, United States v. Yizar, 956 F.2d 232 (11th Cir. 1992).

### ARGUMENT

For good cause in support of her motion for stay of proceedings, WILLIAMS shows unto this Honorable Court the following, to-wit:

1. That on September 16, 2002, WILLIAMS filed her motion to vacate, set aside or correct sentence under 28 U.S.C §2255, and same was dismissed

as untimely.

2. That on January 5, 2005, WILLIAMS filed her motion to obtain relief from judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure, and on May 2, 2005, U.S. Magistrate Judge Delores R. Boyd directed the Clerk of Court to open Civil Action No. 2:05cv407-T under 28 U.S.C. §2255.

3. That WILLIAMS' motion was docketed in the newly opened civil action and assigned for further proceedings.

4. That on May 9, 2005, this Court issued its "Recommendation of the Magistrate Judge" finding that WILLIAMS' Rule 60(b) motion should be heard as a 28 U.S.C. §2255 motion, and thus dismissed same as a second or successive habeous petition.

5. That WILLIAMS is given until May 23, 2005, to file any objection to dismissal of same.

6. That on April 25, 2005, the United States Supreme Court heard oral argument on whether a Rule 60(b) motion to reopen a judgment denying habeous relief should always, sometimes, or never be treated as a second habeous petition subject to AEDPA's rigorous gatekeeping requirements. See, Gonzalez v. Crosby.

7. The habeous petition was dismissed by the District Court as untimely. Later, in Artuz v. Bennett, 531 U.S. 4, Cr.L 128(2000), the Supreme Court decided the tolling method used by the District Court to determine AEDPA's one year limitation was incorrect. Under a correct tolling method the petition was timely.

8. That the Petitioner in Gonzalez filed a subsequent Rule 60(b) asking for reconsideration of dismissal of the original petition.

9. That the petitioner in <u>Gonzalez</u>, like WILLIAMS in the instant case, seeks relief provided under Rule 60(b) from a "final judgment, order or proceeding" due to mistakes, inadvertence, excusable neglect, among other things, as well as "any other reason in justifying relief from the operation of judgment," such as the erroneous enhancement of the sentence imposed on WILLIAMS.

## CONCLUSION

The Circuits are split as to whether Rule 60(b) may be used to revisit a denial of habeous relief and the Supreme Court's decision in <u>Gonzalez</u> as to the constitutionality of the use of same is applicable in the instant case.

WHEREFORE, premises considered, FRANCIS WILLIAMS, respectfully prays this Honorable Court may grant her motion for a stay of proceedings and such other and further relief as may be deemed appropriate.

RESPECTFULLY SUBMITTED,

By: *Francis Williams*
FRANCIS WILLIAMS, pro se

## CERTIFICATE OF SERVICE

I, FRANCIS WILLIAMS, do hereby certify that I have this day served a copy of the above and foregoing pleading upon Terry Moore, AUSA, U.S. Attorney's Office, Post Office Box 197, Montgomery, Alabama 36101-0197, by placing a copy of same, first-class postage pre-paid, in the prison mailbox at FPC Marianna, P.O. Box 7006, Marianna, Florida 32447-7006.

SO CERTIFIED this 23rd day of May, 2005.

By: *Francis Williams*
FRANCIS WILLIAMS, pro se
Register No. 03302-017
Seminole A
FPC Marianna
Post Office Box 7006
Marianna, Florida  32447-7006