IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv407-T |
| | ) | |
| FRANCIS WILLIAMS | ) | |

**ORDER ON MOTION**

Upon consideration of the *motion to stay proceedings* filed by movant Francis Williams on May 25, 2005 (Doc. 4), and for good cause, it is

ORDERED that the *motion to stay proceedings* be and is hereby DENIED.

Done this 26th day of May, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE