IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANCIS WILLIAMS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-407-T |
| | ) | WO |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 9, 2005 (Doc. 3), that the motion filed by Petitioner Francis Williams on January 5, 2005, be denied and this case dismissed, as Defendant Williams has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of May, 2005.

                                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE