IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANCIS WILLIAMS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-407-T |
| | ) | WO |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on May 9, 2005 (Doc. 3), is adopted.

(2) The motion filed by Petitioner Williams on January 5, 2005 is DENIED and this case is DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of May, 2005.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE